FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 APR 25 PM 4: 16

DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:18-cr-204-T-23mAP

JONATHAN BUDOWSKI                           21 U.S.C. § 841(a)(1)
                                            18 U.S.C. § 922(g)(1)
                                            18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Possession of a Controlled Substance**, on or about December 9, 2013;

2. **Possession of a Firearm by a Convicted Felon**, on or about January 22, 1996;

3. **Burglary of a Dwelling**, on or about June 3, 1992;

4. **Grand Theft**, on or about June 3, 1992; and

5. **Resisting a Law Enforcement Officer with Violence**, on or about June 3, 1992;

did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Taurus Judge .44 caliber revolver, a Sig Sauer model P320 nine-millimeter pistol, a Del-Ton Inc. model DTI-15 5.56 millimeter rifle, a Mossberg model 500E .410 pump action shotgun, assorted rounds of Federal nine-millimeter, .223 and nine-millimeter ammunition, three rounds of CCI .380 caliber ammunition, assorted rounds of Remington .410 gauge, .380, .44 and .223 caliber ammunition, assorted rounds of Winchester 20 gauge, .380, .223 and 5.56

millimeter ammunition, one round of PMC .380 caliber ammunition, and three rounds of PMP .223 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT THREE

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,

did knowingly possess a firearm in furtherance of a violation of 21 U.S.C. § 841(a)(1), as alleged in Count One above, which allegations the Grand Jury reallege and incorporate by reference herein, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States.

All in violation of 18 U.S.C. § 924(c).

### FORFEITURE

1.  The allegations contained in Counts One through Three are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), as alleged in Count One, the defendant, JONATHAN BUDOWSKI, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of his right, title and interest in:

    a.    any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

    b.    any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    Upon conviction of the violation of 18 U.S.C. § 922(g) charged in Count Two and/or the violation of 18 U.S.C. § 924(c) charged in Count Three, defendant, JONATHAN BUDOWSKI, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in either violation.

4.    The property to be forfeited by a conviction of any of the counts charged in this Indictment includes, but is not limited to, a Taurus Judge .44 caliber revolver, a Sig Sauer model P320 nine-millimeter pistol, a Taurus Curve .380 caliber pistol, a Del-Ton Inc. model DTI-15 5.56 millimeter rifle, a Mossberg model 500E .410 pump action shotgun, assorted rounds of Federal nine-millimeter, .223 and nine-millimeter ammunition, three rounds of CCI .380 caliber ammunition, assorted rounds of Remington .410 gauge, .380, .44 and .223 caliber ammunition, assorted rounds of Winchester 20 gauge, .380, .223 and 5.56 millimeter ammunition, one round of PMC .380 caliber ammunition, and three rounds of PMP .223 caliber ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

Jonathan Budowski

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)

A true bill,

_____
Foreperson

Filed in open court this 25th day of April 2018.

_____
Clerk

Bail $_____

FILED 2018 APR 25 PM 4:17 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

GPO 863 525