FILED

2019 JAN 16 PM 12: 36

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-204-T-23-MAP

JONATHAN BUDOWSKI,   21 U.S.C. § 846
a/k/a "HARD TIMES,"   21 U.S.C. § 841(a)(1)
   18 U.S.C. § 922(g)(1)
   18 U.S.C. § 924(c)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, no later than January 1, 2017, and continuing through on or about October 2, 2017, in the Middle District of Florida, and elsewhere, the defendant,

JONATHAN BUDOWSKI,
a/k/a "HARD TIMES,"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A)(viii).

## COUNT TWO

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,
a/k/a "HARD TIMES,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT THREE

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,
a/k/a "HARD TIMES,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Possession of a Controlled Substance**, on or about December 9, 2013;

2. **Possession of a Firearm by a Convicted Felon**, on or about January 22, 1996;

3. **Burglary of a Dwelling**, on or about June 3, 1992;

4. **Grand Theft**, on or about June 3, 1992; and

5. **Resisting a Law Enforcement Officer with Violence**, on or about June 3, 1992;

did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Taurus Judge .44 caliber revolver, a Sig Sauer model P320 nine-millimeter pistol, a Del-Ton Inc. model DTI-15 5.56 millimeter rifle, a Mossberg model 500E .410 pump action shotgun, assorted rounds of Federal nine-millimeter, .223 and nine-millimeter ammunition, three rounds of CCI .380 caliber ammunition, assorted rounds of Remington .410 gauge, .380, .44 and .223 caliber ammunition, assorted rounds of Winchester 20 gauge, .380, .223 and 5.56 millimeter ammunition, one round of PMC .380 caliber ammunition, and three rounds of PMP .223 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about October 2, 2017, in the Middle District of Florida, the defendant,

JONATHAN BUDOWSKI,
a/k/a "HARD TIMES,"

did knowingly possess a firearm in furtherance of a violation of 21 U.S.C. § 841(a)(1), as alleged in Count Two above, which allegations the Grand Jury

reallege and incorporate by reference herein, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States.

All in violation of 18 U.S.C. § 924(c).

### FORFEITURE

1. The allegations contained in Counts One through Four are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 846 and/or 21 U.S.C. § 841(a)(1), as alleged in Counts One and Two, respectively, the defendant, JONATHAN BUDOWSKI, a/k/a "HARD TIMES," shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of his right, title and interest in:

   a. any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of the violation of 18 U.S.C. § 922(g) charged in Count Three and/or the violation of 18 U.S.C. § 924(c) charged in Count Four, defendant, JONATHAN BUDOWSKI, a/k/a "HARD TIMES," shall forfeit to

the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in either violation.

4. The property to be forfeited by a conviction of any of the counts charged in this Indictment includes, but is not limited to, a Taurus Judge .44 caliber revolver, a Sig Sauer model P320 nine-millimeter pistol, a Taurus Curve .380 caliber pistol, a Del-Ton Inc. model DTI-15 5.56 millimeter rifle, a Mossberg model 500E .410 pump action shotgun, assorted rounds of Federal nine-millimeter, .223 and nine-millimeter ammunition, three rounds of CCI .380 caliber ammunition, assorted rounds of Remington .410 gauge, .380, .44 and .223 caliber ammunition, assorted rounds of Winchester 20 gauge, .380, .223 and 5.56 millimeter ammunition, one round of PMC .380 caliber ammunition, and three rounds of PMP .223 caliber ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

Jonathan Budowski
a/k/a "Hard Times"

## SUPERSEDING INDICTMENT

Violations:   21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)

A true bill,

_____
Foreperson

Filed in open court this 16th day of January, 2019.

_____
Clerk

Bail $_____

GPO 863 525