IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:18-cr-204-T-23SPF

JONATHAN BUDOWSKI
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, JONATHAN BUDOWSKI, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges as listed in the Superseding Indictment. I hereby state that I have received a copy of the charging instrument.

_____
Jonathan Budowski
Defendant
Date: 1-23-2019

_____
Irina Hughes
Counsel for Defendant

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
Date

_____
Honorable Sean P. Flynn
United States Magistrate Judge

## REQUEST FOR DISCOVERY

COMES NOW, JONATHAN BUDOWSKI, by and through undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Irina Hughes
Florida Bar No. 0066198
Assistant Federal Public Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:   (813)228-2562
Email:   Irina_Hughes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will send a notice of the electronic filing to:

AUSA Michael M. Gordon.

Irina Hughes
Assistant Federal Public Defender