## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                        **CASE NO: 8:18-CR-240-T-23SPF**

**JONATHAN BODOWSKI**

_____/

## MOTION FOR PROTECTION OF DATES

COMES NOW, Defendant, Jonathan Budowski, through undersigned counsel and files this Motion for Protection of Dates, and states as follows:

1. Undersigned counsel is seeking protection from June 10, 2019 through June 14, 2019.
2. Undersigned counsel will be in Denver, Colorado from June 9, 2019 through June 14, 2019 for a preplanned and pre-purchased vacation.
3. For Christmas, undersigned counsel's wife purchased for him a non-refundable Chicago Cubs' Fan Experience in Denver, Colorado coinciding with the dates requested for protection.
4. Undersigned counsel files this motion in the hope that Defendant's sentencing can be scheduled on a date that doesn't conflict with this request.

WHEREFORE, Defendant respectfully requests protection from the furtherance of this cause during the period of June 9, 2019 – June 14, 2019.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 26th day of April, 2019.

MAYBERRY LAW FIRM
Attorney for the Defendant
3902 Henderson Blvd.
Suite 208-136
Tampa, FL 33629
Ph-813-444-7435
Fx-727-755-0098
Jason@mayberryfirm.com

/ S / *Jason M. Mayberry*
Jason M. Mayberry
Florida Bar No. 36212