UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:18-cr-204-T-23SPF | DATE: September 24, 2019 |
| HONORABLE STEVEN D. MERRYDAY | Courtroom 15A |
| **UNITED STATES OF AMERICA** | Michael Gordon, AUSA |
| vs. | |
| **JONATHAN BUDOWSKI** | Jason Mayberry, CJA |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: Kelly Primrose |
| TIME: 8:43 a.m.–9:39 a.m. | TOTAL: 56 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

The defendant pleaded guilty to counts one and four of the superseding indictment.

Imprisonment: **two hundred forty-eight months**, comprising consecutive terms of one hundred eighty-eight months as to count one and sixty months as to count four; these terms of imprisonment will run consecutive to any imprisonment imposed in the defendant's pending charges in Hernando County Circuit Court docket numbers 2016-CF-1473 and 2017-CF-1540 and Pasco County Circuit Court docket number 2018-CF-582.

Supervised Release: **sixty months**, comprising concurrent terms of sixty months as to count one and sixty months as to count four

Special Conditions:
1.) The defendant must participate in a substance abuse program, follow the probation officer's instructions with respect to the program, contribute to the cost of the program in accord with the applicable sliding scale, and submit to random drug testing.
2.) The defendant must participate in a mental health treatment program, follow the probation officer's instructions with respect to the program, and contribute to the costs in accord with the applicable sliding scale.

The defendant shall cooperate in the collection of his DNA as directed by the probation officer.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within fifteen days of placement on supervision and at least two periodic drug tests thereafter. The defendant must submit to random drug testing, not to exceed 104 tests per year.

*********************************************

Fine: waived

Restitution: n/a

The final order of forfeiture (Doc. 84) is final and incorporated into the judgment.

Special Assessment: $200, due immediately

Counts two and three of the superseding indictment are dismissed in accord with the plea agreement. The underlying indictment is also dismissed.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends confinement at FCI Jesup, Georgia, and participation in the Residential Drug Abuse Program (RDAP) and electrical training.

The defendant is advised of his right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) ||
|---|---|
| Total Offense Level: | 29 |
| Criminal History Category: | VI |
| Imprisonment Range: | Count One: 151–188 months<br>Count Four: 5 years, consecutive to count one |
| Supervised Release Range: | Count One: 5 years<br>Count Four: 2–5 years |
| Restitution: | n/a |
| Fine Range: | $30,000–$10,000,000 |
| Special Assessment: | $200 |